

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:19-MJ-00068 |
| ARTURO VEGA ROSAS DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Thursday, February 28_, _2019_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Autumn D. Spaeth_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 2/27/19

_____
Autumn D. Spaeth, U.S. Magistrate Judge